IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN K. WALTON,<br><br>        Plaintiff,<br><br>vs.<br><br>DIRECTOR MICHEAL MYERS, CAPTAIN WEST, LT SWIRCEK, and THE ENTIRE DCC MEDICAL STAFF/DOCTORS AND NURSES,<br><br>        Defendants. | 8:21CV273<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the court on its own motion. On October 15, 2021, the clerk of the court sent an order to Plaintiff at his last-known address. (Filing 10.) On October 27, 2021, the order was returned to the court as undeliverable, and no forwarding information was provided. (Filing 11.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

      IT IS THEREFORE ORDERED that Plaintiff shall have 20 days from the date of this Memorandum and Order to apprise the court of his current address, in the absence of which this matter will be dismissed without prejudice and without further notice. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: November 17, 2021—deadline for informing court of address.

      DATED this 28th day of October, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge